IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Robert Tarver 113144 )
Full name and prison number )
of plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 2:15-CV-00077-WKW-CSC
 )   (To be supplied by Clerk of
Medical Review Committee, Alabama )   U.S. District Court)
 )
Department of Corrections, Jane Doe, )
 )
Dentist, Correctional Medical Services; )
 )
John Doe, Dentist, Correctional Medical Services; )
 )
D. Diaz, RN, HSA, Correctional Medical Services )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) N/A

            Defendant(s) N/A

        2.  Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number  _N/A_

4. Name of judge to whom case was assigned _____
   _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _N/A_

6. Approximate date of filing lawsuit  _N/A_

7. Approximate date of disposition  _N/A_

II. PLACE OF PRESENT CONFINEMENT _Kilby Correctional Facility, P.O. Box 150, Mount Meigs, AL 36057-0150_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Kilby Correctional Facility, P.O. Box 15, Mount Meigs, AL 36057-0150_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME  ADDRESS

1. _Broadhead, Classification Specialist, PO Box 150, Mt. Meigs, AL 36057_
2. _Medical Review Committee, 301 South Ripley Street, Montgomery, AL 36130_
3. _Jane Doe, Dentist, Correctional Medical Services, PO Box 150, Mt. Meigs, AL 36057_
4. _John Doe, Dentist, Correctional Medical Services, PO Box 150, Mt. Meigs, AL 36057_
5. _D. Diaz, RN, HSA, Correctional Medical Services, PO Box 150, Mt. Meigs, AL 36057_
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _February 27, 2013 through date of filing; June 10, 2014 through date of filing_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Defendants, in their official capacity, did act with deliberate indifference to my serious medical needs violating the Eighth Amendment to the Constitution of the U.S._


FILED
JAN 28 2015
Tiffany B. McCord
Circuit Clerk
Montgomery, Alabama

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On January 29, 2013 I was examined by the dental physican because of my experiencing pain in my right back upper teeth. The dentist told me the two(2) teeth could not be filled and must be extracted, and set an appointment date for February 27, 2013 for the extractions. When the appointment date came, because I had not been taken to the dental appointment that morning,

GROUND TWO: Defendants, in their official capacity, did act with deliberate indifference to my serious medical needs violating the Eighth Amendment to the Constitution of the U.S.

SUPPORTING FACTS: On May 26, 2014 I initiated a Sick Call Request form complaining of experiencing sharp pain when I try to extend my right leg. The pain is from my knee to my hip; an aching pain from the middle of my right leg. These problems cause me to limp and hurt my lower back; never being comfortable. On May 27, 2014 I was examined at sick call and the physician's assistant told me that

GROUND THREE: _____

SUPPORTING FACTS: _____

3

V. State briefly the grounds on which you base your allegation that your constitutional rights are being violated:

Ground One: Defendants, in their official capacity, did act with deliberate indifference to my serious medical needs violating the Eighth Amendment to the Constitution of the United States.

(Continued Facts which support Ground One)

I asked the segregation officer would he check to see whether I would be seen by the dentist. He returned saying they said they were behind and they would get you tomorrow.

On the following day, February 28, 2013, because I had not been taken to the appointment, I again asked the segregation officer would he check my dental appointment. Later that morning the officer told me that my appointment would be rescheduled. I asked when and he said he didn't know.

On March 4, 2013 I sent an Inmate request to the dental department asking when my appointment would be. I received no response to my request. On March 12, 2013 I again sent an Inmate Request saying I was experiencing pain from the teeth and requested to be seen. Later that evening an officer came to my cell saying dental said that I would be seen soon.

On April 2, 2013 I was transferred from Kilby Correctional Facility to Jefferson County for court, after returning from court, on April 25, 2013 I sent a request to dental stating I had went to court and I still need the teeth extracted. I received no response to my request.

On or about May 1, 2013 I explained to the Segregation Review Board about needing the teeth extracted because of the pain. I was told they would check into it. On or about May 8, 2013 I asked the Segregation Review Board about the appointment, but no one seemed to remember my request. I again made request to them to help me get the teeth extracted.

On July 23, 2013 I asked Officer Tucker for a hospital grievance form, but he didn't bring one. I asked the second shift officers for the grievance form but did not get one. On July 24, 2013 I again asked Officer Tucker for the grievance form and he said they did not have any.

On July 25, 2013 I asked Captain Hicks for a grievance form, she said she would have one sent to me, but I did not get one.

Frustrated from my efforts to receive treatment and not receiving help, On August 12, 2013 I used typing paper to make complaint to D. Diaz, RN, Health Service Administrator, about the pain in my teeth and my needing them extracted.

(Continued Facts which support Ground One)

On September 10, 2013 I was again transferred from Kilby Correctional Facility to court in Jefferson County, and did not return until October 8, 2013. On October 9, 2013 I sent an Inmate Request Form to D. Diaz, RN, Health Service Administrator, about my complaint made August 12, 2013 and requested to have the teeth extracted because they were causing me pain, but she did not respond.

On October 11, 2013 I initiated a Sick Call Request form complaining about pain in my right back upper teeth, I also wrote a letter to the Hospital Administrator asking her to monitor the Sick Call Request form. On October 14, 2013 I wrote a letter to D. Diaz about UAB Hospital discovering I was infected with hepatitis C. On October 22, 2013 she responded saying, "You are scheduled to be seen in chronic care within the next couple of weeks. You may discuss this issue with the medical provider at this appointment." When I asked the chronic care doctor's assistant about the teeth extractions, she told me she did not have anything to do with dental, and I would have to contact the dental department.

It is obvious to me that the defendants have no intent to extract the teeth nor treat the pain from the teeth from their continued refusal to respond to my repeated request and complaint to the defendants.

Ground Two: Defendants, in their official capacity did act with deliberate indifference to my serious medical needs violating the Eighth Amendment to the Constitution of the United States.

(Continued Facts which support Ground Two)

I would experience these symptoms because of the arthritis in my hip. I requested to see the doctor.

On May 29, 2014 I was examined by Dr. Stone. After the examination she explained to me that I needed hip surgery. She said that she would request that I see an orthopedic surgeon; that I have surgery on my right hip; and that x-ray be taken of my lower back to see if arthritis was in my lower back. She also stated that she would prescribe a pain medication. But, during the evening pill-call, the nurse said she was told to tell me that I could not receive a narcotic pain medication because I was in segregation. This surely caused anger and misery.

Thereafter, on or about June 9 or 10, 2014 I was called to be told that I would not see the surgeon, nor receive the surgery because I am in segregation. This did not make sense to me, to know I'm in pain and need surgery, and when relief is readily available, it is denied because I am in segregation, and, the present treatment given to me is as though none is given because it do no stop the pain.

On July 14, 2014, I wrote a letter to classification specialist Broadhead at Kilby Correctional Facility explaining that I had been denied surgery and medication because of my assignment to segregation, and requesting to be transferred to a prison where I could receive the surgery and treatment for my hip; dental treatment; and appropriate medication. To date I have not received a response from classification specialist Broadhead, but the captain on the Segregation Review Board told me that I could not be released from segregation because I have a pending case. Because there is no appeal procedure for this classification, I can do nothing to change the assignment to segregation.

On September 2, 2014 I went to sick-call hoping to receive something to relieve the pain and maybe get the surgery rescheduled. The first question and statement the physician assistant asked and stated, "Didn't they tell you the surgery was denied? I can't do anything

1

(Continued Facts which support Ground Two)

to change that." I asked for something to relieve my pain. She said I was already taking tylenol and that is good for my arthritis. I saw no further point in seeking help from her because she seemed irritated and I did not want to get into trouble while seeking help. Thereafter, I begin to receive Mobic as a pain reliever, though it gave no noticable relief.

I can't change my assignment to segregation even though I've violated no rule, but I desperately need relief because, the intensity and frequency of the pain has greatly increased, it is constant; I can hardly reach my right foot; I can't completely extend my right leg; my mental health is declining; and I can't exercise. I did not go back to sick call because I was told there is nothing they can do and I didn't want trouble.

I filed a medical grievance stating these issues and on November 18, 2014 the Health Service Administrator responded saying:

"Mr Tarver, I appreciate the efforts you've came through to get some help. I understand to issues in what you'r saying 1) Surgical consultant was denied because of your Seg placement - ..., (that my complaint was) more about a security level than medical issue; However it was denied by the committee on the state level also. The DA + every doctor here can do nothing more right now about that I may be that it can be addressed again at some point 2) The pain medication isn't a effective as you need - This isn't so much a seg issue. The only way we use narcotics is under medical observation on the infirmary which means for a specific injury and for a short time only. Your hip problem is a long term condition. Narcotics would have to be continuously increased and eventually would not work leaving you in much worse pain with no treatment at all. Your case is further complicated by you having high blood pressure. Most of the drugs of choice for arthritis increase your BP. However, there may be some options. I would encourage you to return to sick call to see if there may an alternative to Tylenol but continue taking the Mobic too."

On November 19, 2014 I initiated a Sick Call Request form stating I am having pain in my right hip, shin and thigh; my lower leg is swolen and my shin hurts; I cannot fully extend my right leg when laying on my back, nor can I hardly reach my right foot. I was instructed from my grievance to return to sick-call to see if there is an alternative to tylenol through Mobic nor tylenol helps with the pain nor cure the problem.

-2-



FILED
JAN 28 2015
Tiffany B. McCord
Circuit Clerk
Montgomery, Alabama

(Continued Facts which support Ground Two)

On November 19, 2014 I made request to K Bough, Health Services Administrator, to view my medical file. His verbal response to me was that he was awaiting authorization from the warden, but to date, I have not reviewed the file.

On November 20, 2014 I was examined at sick call. I was prescribed Indamiason for thirty (30) days. On December 20, 2014 the medication was discontinued.

On November 20, 2014 I appealed the decision made by the "committee" stating that my problem is getting worse and I need immediate relief. I also requested the name of the committee and a person to contact. To date I have not received a response.

3.



Robert Tarver 113144
P.O. Box 150
Mt. Meigs, AL 36657

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United States District Court
Middle District of Alabama
Federal Courthouse
Montgomery, Alabama

Legal Mail