IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TARVER, # 113 144, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:15-CV-077-WKW |
| ) | [WO] |
| D. DIAZ, DR. A. CALDWELL, ) | |
| OFFICER TUCLER, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On April 6, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 27.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED, that Plaintiff's Motion for a Preliminary Injunction (Doc. # 1) is DENIED, and that this action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 28th day of April, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE