IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TARVER, <br> # 113 144, <br>     Plaintiff, <br><br> v. <br><br> DR. A. CALDWELL, *et al.*, <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) )    CASE NO. 2:15-CV-077-WKW |

## **ORDER**

On April 6, 2015, the Magistrate Judge filed a Recommendation, to which no timely objections have been filed. (Doc. # 27.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Order (Doc. # 34) adopting the Recommendation of the Magistrate Judge on April 28, 2015, is VACATED in light of the extension (Doc. # 35) of the deadline by which to object.

2. The Recommendation (Doc. # 27) is ADOPTED.

3. Plaintiff Robert Tarver's Motion for Preliminary Injunction (Doc. # 1) is DENIED.

4. This action is referred back to the Magistrate Judge for further proceedings in accordance with 28 U.S.C. § 636.

DONE this 4th day of August, 2015.

              /s/ W. Keith Watkins
           CHIEF UNITED STATES DISTRICT JUDGE