IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TARVER, #113144, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:15-CV-77-WKW |
| ) | [WO] |
| DR. A. CALDWELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On August 12, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 37.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED. Accordingly, it is ORDERED that Plaintiff's action is DISMISSED without prejudice.

DONE this 15th day of September, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE